AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Title 18 U.S.C. Section 641 - Theft of Government Property (Class A Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY: 1 year imprisonment; $100,000 fine; $25 special assessment; 1 year of supervised release; 5 years probation

E-filing

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**
▶ ALICIA HAMILTON

DISTRICT COURT NUMBER
CR08-396 WDB

FILED
JUN 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Dept. of Homeland Security Office of the Inspector General

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    Joseph P. Russoniello
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Maureen C. Bessette

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction    } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☒ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:
320 Parker Avenue, Apartment 15, Rodeo, CA 94572

Date/Time: July 23, 2008    Before Judge: Brazil

Comments:

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　v.<br>ALICIA HAMILTON,<br>　　　　Defendant. | No. CR 08-396 WDB<br><br>VIOLATION: Title 18, United States Code, Section 641 - Theft of Government Property (Class A Misdemeanor)<br><br>OAKLAND VENUE |

INFORMATION

The United States Attorney charges:

On or about and between September 2005 and January 2006, in the Northern District of California, the defendant,

ALICIA HAMILTON,

did knowingly embezzle, steal, purloin, and convert to her own use money of the United States or a department and agency thereof, to wit: Federal Emergency Management Agency disaster assistance benefits, and did receive, conceal, and retain such money with the intent to convert it to her gain, knowing it to have been embezzled, stolen, purloined, and converted, in violation of

///

INFORMATION

1  Title 18, United States Code, Section 641, a Class A Misdemeanor.

2

3  DATED: June 12, 2008                    JOSEPH P. RUSSONIELLO
                                           United States Attorney
4

5                                          _____/s/_____
                                           W. DOUGLAS SPRAGUE
6                                          Assistant United States Attorney
                                           Chief, Oakland Branch
7

8
   (Approved as to form: ___/s/_____)
9                         MAUREEN BESSETTE
                          Assistant United States Attorney
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION