JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN202121)
Chief, Oakland Branch

MAUREEN BESSETTE (NYSBN 246854)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3680
Fax: (510) 637-3724
Email: Maureen.Bessette@usa.doj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **MOTION FOR SUMMONS** |
| ALICIA HAMILTON, | ) | |
| Defendant. | ) | |

Based on the facts set forth in the Declaration of Darien Meyer in Support of the United States' Motion for Summons, the United States hereby requests that the Court issue a summons for defendant Alicia Hamilton. The facts set forth in the declaration demonstrate that probable cause exists to summon the defendant to answer the Information that has been filed by the United States Attorney.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 6/13/08

/s/ Maureen Bessette
MAUREEN BESSETTE
Assistant United States Attorney

MOTION FOR SUMMONS

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN202121)
Chief, Oakland Branch

MAUREEN BESSETTE (NYSBN 246854)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   Email: Maureen.Bessette@usa.doj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No. |
|---|---|
| Plaintiff, | **DECLARATION OF DARIEN MEYER IN SUPPORT OF UNITED STATES' MOTION FOR SUMMONS** |
| v. | |
| ALICIA HAMILTON, | |
| Defendant. | |

I, Darien Meyer, hereby declare as follows:

1. I am a Law Clerk in the United States Attorney's Office assigned to this case. I have received the following information from agents employed by the Department of Homeland Security Office of the Inspector General (DHS OIG) and from reports and other documents provided to me by the DHS OIG.

2. Hurricane Katrina made landfall in the southeastern United States on August 29, 2005. On or about September 20, 2005, defendant Alicia Hamilton ("Hamilton") contacted the Federal Emergency Management Agency (FEMA) and applied for Hurricane Katrina disaster assistance by providing the following false information: (1) her primary residence was 2405 Rex Place, New Orleans, LA 70125 (on October 2, 2005 she called FEMA and changed her primary

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS

residence to 3611 2nd Street, New Orleans, LA 70125); (2) she was currently homeless; (3) she was employed at a hotel in New Orleans; (4) she had essential needs for food, shelter and clothing and had lost her work all due to the disaster; and (5) her home and personal property was damaged.

3. When Hamilton applied for FEMA disaster assistance, she in fact resided at 320 Parker Avenue, Apartment 5, Rodeo, California where she had lived since January 1, 2005. The proof that she resided in Rodeo, California, rather than New Orleans, Louisiana, is the following: (1) the Quarterly Eligibility/Status Reports of California Health and Human Services Agency showing Defendant applied for welfare as early as January 5, 2005 and received payments through at least August 2006; (2) a statement by the manager of Matrix Property Management that Defendant lived in Apartment 5 of 320 Parker Avenue, an apartment building that his company managed, from January 7, 2005 until February 2006; (3) the tenant ledger for Matrix Property showing that Defendant payed rent at Parker Avenue address from January 2005 through January 2006; (4) statement by witness explaining that Defendant had lived with her and her son before the disaster but had moved to California before the hurricane; (5) statement by Hamilton's mother that Defendant did not live with them at the time of the disaster but stayed there occasionally; (6) NEMIS report showing that Defendant was not an occupant of 3611 2nd Street, New Orleans, LA 70125 on Defendant's mother's FEMA file for that address; (7) NEMIS report showing communication dated April 19, 2006 between Hamilton's mother and FEMA stating that Defendant did not reside at address at time of disaster; (8) statement by Payroll Administrator of Barcelon Associates Management Corporation, that Defendant was employed as a Caregiver at Pinole Senior Village in California at the time of the hurricane; and (9) Payroll Report and Earning Statement showing that Defendant worked for Barcelon Associates from June 2005 through May 2006 including the day of the Hurricane, August 29, 2005.

4. On November 1, 2005, December 12, 2005, and January 9, 2006 Hamilton signed and returned form 90-69B, which certified as correct all the information she provided to FEMA, including her falsified New Orleans address.

5. Hamilton received disaster relief funds from FEMA in the amount of $14,549.51.

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
-2-

6. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed June 6, 2008, at Oakland, California.

DATED: 6/13/08

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

DARIEN M. MEYER
Law Clerk
United States Attorney's Office

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS      -3-

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No. |
| Plaintiff,  ) | |
| v.  ) | **[PROPOSED] ORDER FOR SUMMONS** |
| ALICIA HAMILTON,  ) | |
| Defendant.  ) | |

Having reviewed the Declaration of Darien Meyer, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Alicia Hamilton, to appear on July 23, 2008 at 10:00 am before Magistrate Judge Wayne D. Brazil to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: _____                    _____
                                          WAYNE D. BRAZIL
                                          United States Magistrate Judge

ORDER FOR SUMMONS